**EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRANT PLYLER,**<br>*Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-CV-04681** |
| | § | |
| **ENRIQUE RODRIGUEZ ROMERO AND OXY USA INC.,**<br>*Defendants.* | § | |

**DECLARATION OF BELINDA ARRIOLA**

1. My name is Belinda Arriola, and my address is 811 Central Dr Ste C, Odessa, TX 79761, Ector County. I declare under penalty of perjury that the facts stated in this Declaration are true and correct.

2. I am over the age of 18, of sound mind, and capable of making this Declaration. The facts stated in this Declaration are within my personal knowledge.

3. This Declaration is submitted in the above-referenced cause in support of Nonparties West Texas Spine Institute's and Henrik Mike-Mayer, M.D.'s Motion For Protective Order.

4. I am a manager at West Texas Spine Institute ("WTSI"). I have knowledge of WTSI's agreements with contracted physicians.

5. WTSI is not a party to this lawsuit. WTSI is a healthcare provider. Plaintiff Brant Plyler ("Plaintiff") received medical services at WTSI.

6. Dr. Mike-Mayer's employment terms are confidential commercial information and trade secrets subject to contractual confidentiality and nondisclosure obligations. His employment terms are subject to contractual confidentiality obligations, and not publicly available.

7. WTSI takes great care to safeguard internal commercial business information and trade

**EXHIBIT 1**

secrets, including details regarding how it operates as a business, and limits disclosure of this information to keep it secret.

a. Information regarding internal commercial operations data, including compensation structures and agreements between WTSI and its physicians, including Dr. Mike-Mayer, derive independent economic value from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

b. Neither WTSI nor Dr. Mike-Mayer can disclose this type of information or they risk losing each of their independent business and economic advantages in the marketplace with respect to compensation matters.

c. Such information is limited internally to only those people in senior management necessary to effectuate the business.

d. WTSI and Dr. Mike-Mayer control and limit who has access to their confidential, commercia, business, proprietary, and private information.

e. Disclosure of this information would cause both WTSI and Dr. Mike-Mayer substantial, irreparable competitive harm because competitors would learn WTSI's and Dr. Mike-Mayer's compensation structures and agreements, giving competitors an unfair advantage and undermine the nonparty providers' ability to fairly compete in the marketplace in the future.

8. The information sought for disclosure is so proprietary and confidential that West Texas Spine Institute retained legal counsel on the day before anticipated testimony to assist with preparation of the motion for protective order.

**EXHIBIT 1**

Executed in Dallas County, State of Texas, on the **24th** day of August 2026.

Belinda Arriola
Declarant